11th Court of Appeals

 Eastland, Texas

            Opinion

 

Justin Karl Roderick

Appellant

Vs.                   No.
11-02-00141-CR -- Appeal from Collin County

State of Texas

Appellee

 

The jury
convicted Justin Karl Roderick of felony driving while intoxicated and assessed
his punishment at confinement for seven years. 
Appellant has filed in this court a motion to dismiss his appeal.  In the motion, appellant requests that he be
allowed to Awithdraw [his] notice of appeal and dismiss
this appeal.@  The
motion is signed by both appellant and his counsel.  Pursuant to TEX.R.APP.P. 42.2, we grant appellant=s motion. 


Accordingly,
the appeal is dismissed.  

 

PER
CURIAM

 

August 29, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b). 

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.